# AFFIDAVIT OF SERVICE

| Case: 4:26-cv-00504-KGB | Court: | County: | Job: 15938876 |
|---|---|---|---|
| Plaintiff / Petitioner: Charley Littleton | | Defendant / Respondent: The Lincoln National Life Insurance Company | |
| Received by: Virginia's Investigation | | For: MARCUS VADEN | |
| To be served upon: The Lincoln National Life Insurance Company | | | |

I, Karl Wawak, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Corporation Service Company, Corporate: 300 South Spring Street Suite 900, Little Rock, AR 72201

**Manner of Service:** Registered Agent, May 19, 2026, 12:58 pm CDT

**Documents:** Summons for Lincoln, Complaint

**Additional Comments:**
1) Successful Attempt: May 19, 2026, 12:58 pm CDT at Corporate: 300 South Spring Street Suite 900, Little Rock, AR 72201 received by Corporation Service Company.
Served at the front desk

Karl Wawak 05/20/2026

Karl Wawak
Private Investigator REP 0006525 Server 23LS-16_7
**Date**

Virginia's Investigation
53 OVERLAND PARK RD
VILONIA, AR 72173

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Donna K. Jenkins
**Notary Public**

6-21-26

**Date** **Commission Expires**

DONNA K JENKINS
SEARCY COUNTY
NOTARY PUBLIC -- ARKANSAS
My Commission Expires June 21, 2026
Commission No. 12698100